IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KENNETH WOMBLE,                                                          Plaintiff

v.                              Criminal No.: 3:13CV097

CAWTHORN, DESKEVICH & GAVIN, P.C.

and

WHARTON AUTO, LLC,                                                       Defendants.

## MOTION TO DISMISS COMPLAINT

  Comes now the defendant, Cawthorn, Deskevich & Gavin, P.C. (hereinafter "CDG"), by counsel, pursuant to Rule 12(b)(6) and moves to dismiss the Complaint. The basis for such dismissal is set forth in the Memorandum in Support, which is incorporated herein by reference.
.

.                Respectfully submitted,

                   Cawthorn, Deskevich & Gavin, P.C.

                   /s/

                   _____

Charles A. Gavin, Esquire
Virginia State Bar #: 31391
Attorney for Cawthorn, Deskevich & Gavin, P.C..
Cawthorn, Deskevich & Gavin, P.C.
1409 Eastridge Road
Richmond, VA 23229
(804)288-7999
(804)285-9301 *facsimile*
E-Mail: c.gavin@cawthorn.net

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of March, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which send notification of such filing (NEF) to John Cole Gayle, Jr., The Consumer Law Group, 5905 West Broad Street, Suite 303, Richmond, Virginia 23230.

                                        _____/s/_____

Charles A. Gavin
Virginia State Bar No. 31391
Cawthorn, Deskevich & Gavin, P.C.
1409 Eastridge Road
Richmond, VA 23229
(804) 288-7999
(804) 288-9015 (fax)
Attorney for Cawthorn, Deskevich & Gavin, P.C.